JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERY MILES, | ) | No. CV 19-6544-FMO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RAYMOND MADDEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 1, 2020

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE